UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA SALYER,

    Plaintiff,

    v.                                      CASE NO. 8:04-CV-2543-T-17MAP

AMSOUTH BANK,
a Foreign Corporation,

    Defendant.
_____/

## ORDER

    THIS CAUSE came before the Court on Defendant's Motion to Compel Releases from Plaintiff (doc. 12). Plaintiff's response motion (doc. 15) advises the Court that some of these issues are moot.

    Defendant requests releases from Plaintiff authorizing it to obtain records relating to her from the State of Florida Agency for Workforce Innovation ("AWI"), the Social Security Administration, and the Internal Revenue Service ("IRS"). Plaintiff advises the Court that they have provided Defendant with an AWI records release. In addition, Plaintiff claims that she never filed for Social Security benefits, but states her willingness to provide a release limited to applications she may have filed and any documents generated by the Administration in response to applications. Accordingly, these two issues appear to be moot.

    Lastly, Plaintiff asserts that her tax returns are only relevant for 2004, as her employment with Defendant began in mid-2003 and ended mid May 2004. Plaintiff previously provided W-2 forms for the years 2000-2004 and her return for the year 2004. Defendant requests complete tax

returns in order to prove Plaintiff's failure to mitigate damages, but this Court fails to understand why tax returns for years prior to Plaintiff's employment are relevant.

Accordingly, it is

1. In regards to Defendant's request for AWI records release, the motion (doc. 12) is DENIED as moot.

2. In regards to Defendant's request for a Social Security records release, the motion (doc. 12) is DENIED as moot.

3. In regards to Defendant's request for an IRS records release, the motion (doc. 12) is DENIED.

DONE AND ORDERED in Tampa, Florida, this 30th day of August, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record