UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA SALYER,

        Plaintiff,

v.                            CASE NO.: 8:04-CV-2543-T-17MAP

AMSOUTH BANK, a foreign corporation,

        Defendant.

_____/

## **ORDER**

      This cause is before the Court on Defendant's Motion to Overrule Plaintiff's Objections to Third Party Subpoenas or in the alternative Motion to Compel Execution of Release of Medical Records (doc. 19) and Plaintiff's response thereto (doc. 26).  At this juncture, Defendant AmSouth served third party subpoenas on Plaintiff's doctors for medical records pursuant to Fed.R.Civ.P. 45; Plaintiff objects to production of records unrelated to her Hepatitis C that is the subject of her ADA claim.[1]  Defendant claims all of Plaintiff's medical records are relevant since she has a complex medical history and it needs to determine whether any of her other medical problems affected her ability to perform the essential functions of her job.

      After consideration I find Plaintiff has placed her physical and mental condition at issue and the third party doctors should produce her medical records for Defendant.  I further find, however, that the Plaintiff's privacy interests outweigh the Defendant's right to discovery with

---

[1]  I agree with Defendant's assertion that Plaintiff should have filed a motion to quash the third party subpoenas, however I find Plaintiff's labeling the motion as an objection is no more than a harmless misnomer.

regard to Plaintiff's gynecologist, Dr. Clifford Levitt.

Accordingly, it is hereby

ORDERED that:

1.      Defendant's Motion to Overrule Plaintiff's Objections to Third Party Subpoenas

        or in the alternative Motion to Compel Execution of Release of Medical Records

        (doc. 19) is GRANTED in part and DENIED in part as set forth below.

2.      Drs. Martha Price, Bill Berry, Alan Weintraub, Tony Licotta, Henry Cacciatore,

        James Breen, Sharon Shaw, Orzo, Town & Country Memorial Hospital and

        Tampa Bay Regional Surgery Center are directed to produce records in response

        to the subpoenas propounded by Defendant.

3.      The subpoena propounded by Defendant to Dr. Clifford Levitt is QUASHED.

DONE AND ORDERED at Tampa, Florida on this 23rd day of September, 2005.

_Mark A. Pizzo_
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

2