UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA SALYER,

    Plaintiff,

v.                                          CASE NO.: 8:04-CV-2543-T-17MAP

AMSOUTH BANK,
a foreign corporation,

    Defendant.
_____/

## ORDER

The Defendant, now informed that the Plaintiff seeks damages for mental distress in the amount of $250,000, moves to compel the Plaintiff to undergo a mental examination pursuant to Fed. R. Civ. P. 35 (doc. 25). The Plaintiff objects claiming the motion is late and, in any event, fails to meet the rule's requirements (doc. 32). After consideration, the motion is granted.

Under Rule 35, Defendant must establish that the Plaintiff's mental condition is "in controversy" and that it has "good cause" for the requested examination. *Schlagenhauf v. Holder,* 379 U.S. 104 (1964). Given the significant damages the Plaintiff demands for her mental distress, Defendant has met Rule 35's requirements. *See Ali v. Wang Laboratories, Inc.,* 162 F.R.D. 165, 167-68 (M.D. Fla. 1995) ("While plaintiff [who seeks substantial damages for his alleged emotional injuries] may be content to offer only his own testimony to a jury, defendant is not compelled to limit its case to mere cross examination"). Accordingly, the Defendant should have a reasonable opportunity to challenge Plaintiff's claim for non-economic damages. *Id.* Therefore, it is

    ORDERED:

    1. Defendant's Motion to Compel Rule 35 Mental Examination (doc. 25) is GRANTED.

2.  The Plaintiff is to submit to a mental examination to be conducted by Barbara Stein, M.D., at her office at a time and date mutually agreed upon by the parties.

DONE and ORDERED at Tampa, Florida on October 11, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:   counsel of record